IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. FOSTER,<br>    Plaintiff<br><br>v.<br><br>CHICAGO TRANSIT AUTHORITY (CTA),<br>    Defendant. | Civil Case No. 13 CV 5942<br>Judge Sharon Johnson Coleman<br>Magistrate Judge Susan E. Cox |

MOTION TO FILE JOINT INITIAL STATUS REPORT INSTANTER

Now Comes William J. Foster, Plaintiff, by and through his attorney, Frank B. Ávila of Ávila Law Group LLC, and moves to file a Joint Initial Status Report instanter. Plaintiff states the following in support of his motion:

1. On August 15, 2014, this Court ordered the parties to file a Joint Initial Status Report by September 15, 2014.

2. Counsel for Defendant attempted to contact counsel for Plaintiff by e-mail on September 11, 2014, and by telephone on September 15, 2014, to prepare and file a joint report by the deadline.

3. Unable to reach counsel for Plaintiff, Defendant filed its own Initial Status Report on September 15, 2014.

4. On September 22, 2014, Counsel for Plaintiff submitted a proposed Joint Initial Status Report to counsel for Defendant.

5. After collaborating, the parties have now agreed on a final draft of a Joint Initial Status Report and Plaintiff requests that he be able to file that report instanter.

Wherefore, William J. Foster, Plaintiff, requests that this Court grant his motion to file a Joint Initial Status Report instanter.

By: s/Frank B. Avila  
Ávila Law Group, LLC  
Attorneys for Plaintiffs  
6601 N. Avondale Avenue, Suite 201  
Chicago, IL 60631  
frankavilalaw@gmail.com  
773-631-0177 telephone  
773-763-2301 fax